**Beverly Gale BOONE, Plaintiff– Appellant,**

v.

**UNITED STATES ATTORNEY; Department of Justice; Drug Enforcement Administration Agency; United States of America, Defendants–Appellees.**

No. 06–1515.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 31, 2007.

Decided: Feb. 12, 2007.

Beverly Gale Boone, Appellant Pro Se. Thomas Jack Bondurant, Jr., Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before WILKINSON and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Beverly Gale Boone appeals the district court's order dismissing her complaint seeking attorney's fees and expenses pursuant to the Hyde Amendment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Boone v. United States Att'y,* No. 7:06–cv–00006–

jpj, 2006 WL 1075010 (W.D.Va. Apr. 21, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*